**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

  v.

LUCIA DIAZ, an individual, and MARINA DIAZ FLORES, an individual,

    Defendants.
                              /

No. C 08-03762 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court is in receipt of plaintiff's notice of pending settlement of dispute in the captioned matter and will **CONTINUE** the case management conference to **DECEMBER 4, 2008, AT 11:00 A.M.** The Court does not do "conditional dismissals."

      **IT IS SO ORDERED.**

Dated: November 10, 2008.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE