SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL BAR No. 99802
rebecca.hull@sdma.com
KATHLEEN M. HURLY BAR No. 169907
kathleen.hurly@sdma.com
CARI A. COHORN BAR No. 249056
cari.cohorn@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LUCIA DIAZ, an individual; MARINA DIAZ FLORES, an individual,<br><br>Defendants. | CASE NO. 3:08-cv-03762-WHA<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR INCOMPETENT ADULT DEFENDANT PURSUANT TO F.R.C.P. 17(C) AND DECLARATION OF LUCIA ELIZABETH GRANGER** |

Plaintiff METROPOLITAN LIFE INSURANCE COMPANY ("MetLife") hereby petitions this Court to appoint Lucia Elizabeth Granger ("Ms. Granger") Guardian ad Litem for defendant Lucia Diaz ("Ms. Diaz") on the following grounds:

1. MetLife filed the above-referenced Complaint in Interpleader against Lucia Diaz and her daughter, Marina Diaz, for the purpose of resolving their competing claims for life insurance benefits payable under the terms of the Pacific Gas and Electric Company Employee Welfare Plan as a consequence of the death of Jorge Diaz, Ms. Lucia Diaz's former husband and Marina Diaz's father.

2. A summons and complaint were duly served on Ms. Lucia Diaz, requiring her to appear and answer the complaint.

3. Ms. Lucia Diaz suffers from dementia and is incompetent to act on her own behalf in this action. (See Declaration of Lucia Elizabeth Granger ("Granger Decl.") at para. 2.)

4. At the January 15, 2009 Case Management Conference in this Interpleader action, this Court requested plaintiff MetLife to assist Lucia Elizabeth Granger in making arrangements to be the Guardian ad Litem for Ms. Lucia Diaz. (See Minute Order attached as Exhibit A.)

5. No prior application for the appointment of a Guardian ad Litem has been made, and no guardian has yet been appointed to act on behalf of Ms. Diaz.

Wherefore, MetLife prays that Ms. Granger, the daughter of defendant Ms. Diaz, who has consented to act as guardian and who is qualified to do so, be appointed Guardian ad Litem of Ms. Lucia Diaz so that she may appear and defend this suit and to enter into a release and settlement on Ms. Diaz's behalf.

DATED: March 27, 2009        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Kathleen M. Hurly
Cari A. Cohorn
Attorneys for Plaintiff
Metropolitan Life Insurance Company

### DECLARATION OF LUCIA ELIZABETH GRANGER

I, Lucia Elizabeth Granger, hereby declare as follows:

1. I am the daughter of Lucia Diaz, a defendant in this action. The matters here are stated based on my personal knowledge and, if called upon to do so, I could and would testify competently to them.

2. My mother suffers from dementia and resides in an assisted living facility. She is unable to make important decisions for herself or fully understand the meaning and consequences of legal proceedings.

3. I am familiar with the dispute giving rise to this litigation.

4. I consent to act as my mother's Guardian ad Litem for purposes of this lawsuit. I understand that in that role, I am to represent her interests, not my own. I further understand that, if appointed Guardian ad Litem, I will have authority to enter into a settlement and release of claims on her behalf and that such release will be fully binding on her.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of March 2009 at Sacramento, California.

*Lucia Elizabeth Granger*
Lucia Elizabeth Granger

### ORDER

The petition for an order appointing Lucia Elizabeth Granger as Guardian ad Litem for petitioner Lucia Diaz GRANTED.

IT IS SO ORDERED.

Dated: April 2, 2009

IT IS SO ORDERED.
Judge William Alsup
UNITED STATES DISTRICT JUDGE

-3- CASE NO. 3:08-cv-03762-WHA

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

## JUDGE WILLIAM ALSUP

Date: January 15, 2009

Case No. C08-03762 WHA

Title: METROPOLITAN LIFE INS v. LUCIA DIAZ

Plaintiff Attorney(s): Cari Cohorn

Defense Attorney(s): Marina Diaz, pro se

Deputy Clerk: Dawn Toland          Court Reporter: Sahar McVickar

## PROCEEDINGS

1) __Further CMC - HELD__

2) _____

Continued to__for Motions

Continued to__for Pretrial Conference

Continued to__for Jury Trial

## ORDERED AFTER HEARING:

Defendant Lucia Diaz is not physically able to appear. Siblings, Lucia Elizabeth Granger and George Diaz were both present.

Court request plaintiff assist Lucia Elizabeth Granger in making the arrangements to be the Guardian Ad Litem for Lucia Diaz. The siblings agree that Marina Diaz will then receive all of the insurance money. Plaintiff can apply for attorney fees.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On March 27, 2009, I served the within document(s):

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR INCOMPETENT ADULT DEFENDANT PURSUANT TO F.R.C.P. 17(C) AND DECLARATION OF LUCIA ELIZABETH GRANGER

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.
- ✓ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.
- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Marina Diaz Flores<br>1187 Bowdoin Street<br>San Francisco, CA 94134 | Defendant |
| Lucia Diaz<br>399 Buena Vista Avenue East<br>San Francisco, CA 94117 | Defendant |
| Lucia Diaz Granger<br>1210 De Anza Court<br>Suisun, CA 94585 | On Behalf of *Lucia Diaz* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 27, 2009, at San Francisco, California.

Cristi L. Hursh

SF/1557908v1