IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

  v.

LUCIA DIAZ, an individual, and MARINA DIAZ FLORES, an individual

    Defendants.

No. C 08-03762 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

    The parties shall please come in for a case management conference on **JULY 30, 2009, AT 11:00 A.M.** in Courtroom 9, United States courthouse, 450 Golden Gate Avenue, San Francisco, California. The guardian ad litem is requested to attend. Please bring all settlement papers to the case management conference.

    **IT IS SO ORDERED.**

Dated: July 16, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE