SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL BAR No. 99802
rebecca.hull@sdma.com
KATHLEEN M. HURLY BAR No. 169907
kathleen.hurly@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LUCIA DIAZ, an individual; MARINA DIAZ FLORES, an individual,<br><br>Defendants. | CASE NO. 3:08-cv-03762-WHA<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that plaintiff Metropolitan Life Insurance Company hereby dismisses, with prejudice, its complaint on file herein pursuant to F.R.C.P. 41(a)(1)(A)(i). No defendant has served an answer.

DATED: August 20, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                By:   /s/ *Kathleen M. Hurly*
                                    Kathleen M. Hurly
                                    Attorneys for Plaintiff
                                    Metropolitan Life Insurance Company

IT IS SO ORDERED.
Dated:  August 31, 2009

_____
Hon. William Alsup
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

-1-                                                              CASE NO. 3:08-cv-03762-WHA
NOTICE OF DISMISSAL WITH PREJUDICE